# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN RYAN, | ) |
| Plaintiff, | ) Case No. 2:21-cv-12835-DML-KGA |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| ZIX CORPORATION, MARK J. BONNEY, MARCY CAMPBELL, TAHER A. ELGAMAL, JAMES H. GREENE, JR., ROBERT C. HAUSMANN, MARIBESS L. MILLER, BRANDON VAN BUREN, and DAVID J. WAGNER, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Ryan ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 4, 2022                 **WEISSLAW LLP**

By   /s/ Richard A. Acocelli
Richard A. Acocelli
305 Broadway, 7th Floor
New York, New York 10007
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

OF COUNSEL:

LONG LAW, LLC
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*